IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02169-WYD-CBS

JOSE CERDA,

    Plaintiff,

v.

GLOBAL CREDIT & COLLECTION CORPORATION, a Delaware corporation,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On October 5, 2009, Plaintiff filed a First Amended Complaint.  Accordingly, the motion to dismiss (docket #6), filed September 29, 2009, is **DENIED WITHOUT PREJUDICE.**

    Dated:  October 6, 2009.